IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| MOHAMMED ALWAN, §<br>*Plaintiff,* §<br>§<br>v. §<br>§<br>ZIAD E. ABOUKLOUB, §<br>*Defendant.* § | CIVIL ACTION NO. 5:23-cv-00208-C |

### JUDGMENT

In accordance with the Court's Order of even date granting Plaintiff's Motion for Default Judgment,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff is awarded liquidated damages in the amount of $350,000.00, and attorney's fees in the amount of $21,310.00. Prejudgment interest shall be awarded at the rate of 8.5% per annum, and post-judgment interest shall be awarded at the rate of 4.8% per annum.

Signed this 5th day of February, 2024.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE